IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Reginald Weeks-Lewis,<br>    *Defendant* | Case No. 4:25-CR-13 |

ORDER ON MOTION TO CONTINUE

Defendant, Reginald Weeks-Lewis has moved the Court to continue the pretrial conference in this case, presently scheduled for Thursday, August 7, 2025, and to continue the trial in this case, presently scheduled for Monday, September 8, 2025. The Government does not oppose this motion. Defendant was arraigned on July 3, 2025 and is currently in custody. Additional time is needed for the pretrial investigation and to enter into plea negotiations between the defendant and government, if warranted. The Court finds that it is in the interests of justice to allow the parties additional time to complete an investigation, and to explore possible plea negotiations, and that these interests outweigh the interest of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance (ECF No. 18) is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's **December, 2025 trial term**. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is **SO ORDERED**, this 25th day of July, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA